Submitted December 5, 2008, reversed February 11, 2009

In the Matter of J. A. H.,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

J. A. H.,
*Appellant.*

Multnomah County Circuit Court
080262139; A138437

202 P3d 913

Liza Langford filed the brief for appellant.

Hardy Myers, Attorney General, Mary Williams, Solicitor General, and Simon C. Whang, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Schuman, Judge, and Ortega, Judge.

PER CURIAM

**PER CURIAM**

The trial court entered an order of civil commitment, finding that appellant suffered from a mental disorder that caused her to be unable to meet her basic needs. Appellant contends that the record does not contain the required clear and convincing evidence to support the civil commitment. The state concedes the insufficiency of the evidence. On *de novo* review, we agree that the evidence is insufficient.

Reversed.